# Court of Appeals
# of the State of Georgia

ATLANTA, September 25, 2025

*The Court of Appeals hereby passes the following order:*

## A26E0071. MIMY NGALULA v. YVES LETUNITA et al.

Upon consideration of Mimy Ngalula's EMERGENCY MOTION FOR CONSIDERATION OF LATE FILING in the above styled case, it is ordered that the motion is hereby DENIED.



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta,* 09/25/2025

   *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

   *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*